MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, *v.* EVELYN DIAMOND et al., Respondents.

Submitted July 14, 1954; decided July 14, 1954.

Motion for reargument denied.   [See 307 N. Y. 263.]

LEWIS S. FLAGG, JR., Respondent, *v.* D. WARD NICHOLS, as Bishop of the First Episcopal District of the African Methodist Episcopal Church and as Presiding Officer of Each of the Conferences Comprised Thereunder, Appellant, et al., Defendants.

Submitted May 26, 1954; decided July 14, 1954.

Motion for reargument denied, with $10 costs.   [See 307 N. Y. 96.]

MAE GILLIGAN et al., on Behalf of Themselves and All Tenants of 1070 Park Avenue, Similarly Situated, Respondents, *v.* TISHMAN REALTY & CONSTRUCTION Co., INC., et al., Defendants, and SYLVAN MANHEIM et al., Appellants.

Submitted July 14, 1954; decided July 14, 1954.

Motion to amend remittitur denied.   [See 306 N. Y. 974; 307 N. Y. 698.]